IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**JOHN T. ORR**                                                                                           **PLAINTIFF**

vs.                                        **Civil No. 1:20-cv-01059**

**KILOLO KIJAKAZI,**                                                                              **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 3rd day of March 2022, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE